**INMATE REQUEST TO OFFICIALS**
**PETICION PRISIONERA A OFICIALES**

20362-B

FILED AT 8:00 O'CLOCK M
JUL 17

RE-FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/17/20__ 3:51:58 PM
SHERRY WILLIAMSON

Taylor County Clerk

DISTRICT CLERK

Taylor County Indigent Defense

**Inmate's Name:**
**Nombre de prisionero:** Danini Jackson

**Date:** 7/16/17
**Fecha:**

**Time:** 8:00
**Hora:**

**Housing area:** 5/15.
**Espacio Domicilio:**

**Request:**
**Suplica:** Sharon Miller

I want to know how can I apeal my case 20362-B. I fill that I didn't get the propper investgation on my case, the police didn't test the product that the said I had. I think that I'm getting to much Time for the untested lint in my pocket that they said I had possession of cocaine on October 13, 2016 it was not tested. I should have fault this from the first day. Please look into this for me. I should only be doing 6 mounth, not 15 thank you.

*[signature]*

07/17/17

Forwarded to Taylor Co. District Clerk's Office —

SHARON MILLER
INDIGENT DEFENSE COORDINATOR
TAYLOR COUNTY, TX